C. DENNIS LOOMIS (State Bar No. 82359)
JENKENS & GILCHRIST, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: cdloomis@jenkens.com

Attorneys for Plaintiff
ANTIK DENIM, LLC

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 5 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

LODGED
CLERK U.S. DISTRICT COURT

MAR 1 4 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIK DENIM, LLC, | Case No. CV05-06232 SJO (CWx) |
| Plaintiff, | **PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION** |
| vs. | **[Fed.R.Civ.Proc. Rule 41(a)(1)** |
| DMBM LLC d/b/a NINE JEANS AND WAX JEANS, a California limited liability company; DELIA'S CORP., a Delaware corporation; CHARLOTTE RUSSE HOLDING, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | The Honorable S. James Otero United States District Judge Courtroom: 1600 |
| Defendants. | |

ENTERED
CLERK, U.S. DISTRICT COURT

MAR 1 6, 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1), Fed. R. Civ. Proc., none of the defendants named in the above captioned action having appeared in this action, Plaintiff Antik Denim, LLC hereby voluntarily dismisses the entire action, with prejudice.

| | |
|---|---|
| Priority | |
| Send | ✓ |
| Enter | ✓ |
| Closed | |
| JS-5/JS-6 | ✓ |
| JS-2/JS-3 | |
| Scan Only | |

1

Notice of Dismissal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JENKENS & GILCHRIST, LLP

_____
C. Dennis Loomis, SBN 82359

12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025
(310) 820-8800
(310) 820-8859

Attorneys for Plaintiff Antik Denim,
LLC

OF COUNSEL:

Talcott J. Franklin
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
(214) 758-1500 (telephone)
(214) 758-1550

2

Notice of Dismissal

LOSANGELES 311885v1 67413-00006